# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE THOMAS    ,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:12-at-00136<br><br>**ORDER ON APPLICATION TO**<br>**PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

On March 7, 2012, Plaintiff Steve Thomas ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 3.)   The Court determined that Plaintiff's application to proceed *in forma pauperis* failed to provide any response to Question 2b as required.  As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:    March 8, 2012**             _/s/ Sheila K. Oberto_
                    UNITED STATES MAGISTRATE JUDGE